# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

| **Plaintiff(s):** | **Defendant(s):** |
|---|---|
| First Listed Plaintiff: | First Listed Defendant: |
| Michelle Christal ; | L'Oreal USA, Inc., et al ; |
| 1 Citizen of This State; | 5 Incorporated and Principal Place of Business in Another State; |
| **County of Residence:** Jackson County | **County of Residence:** Outside This District |

**County Where Claim For Relief Arose:** Jackson County

**Plaintiff's Attorney(s):**

Thomas P. Cartmell (Michelle Christal)
Wagstaff & Cartmell
4740 Grand Avenue, Suite 300
Kansas City, Missouri 64112
**Phone:** 8167011100
**Fax:** 8165312372
**Email:** tcartmell@wcllp.com

Jeffrey M. Kuntz (Michelle Christal)
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, Missouri 64112
**Phone:** 816-701-1100
**Fax:** 816-531-2372
**Email:** jkuntz@wcllp.com

Vanessa H. Gross (Michelle Christal)
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, Missouri 64112
**Phone:** 816-701-1100
**Fax:** 816-531-2372
**Email:** vgross@wcllp.com

**Defendant's Attorney(s):**

**Basis of Jurisdiction:** 4. Diversity of Citizenship

**Citizenship of Principal Parties** (Diversity Cases Only)

    **Plaintiff:** 1 Citizen of This State

    **Defendant:** 5 Incorporated and Principal Place of Business in Another State

**Origin:** 1. Original Proceeding

**Nature of Suit:** 365 Other Personal Injury Product Liability

**Cause of Action:** 28:1332 Diversity-Personal Injury

**Requested in Complaint**

    **Class Action:** Not filed as a Class Action

    **Monetary Demand (in Thousands):**

    **Jury Demand:** Yes

    **Related Cases:** Is NOT a refiling of a previously dismissed action

---

**Signature:** Vanessa H. Gross

**Date:** 01/03/2023

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.